IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| JOSEPH SIMONS, Individually, and on behalf of all others similarly situated, <br> *Plaintiff,* <br><br> v. <br><br> KAYDEN INDUSTRIES (USA), INC., <br> Defendant. | § § § § § § § § § <br><br> NO. PE:22-CV-00039 |

## ORDER

BEFORE THE COURT is the Parties' Joint Notice of Settlement (Doc. 21) filed December 4, 2023. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **SIXTY (60)** days from the docketing of this Order.

The Final Pretrial Hearing and Jury Selection/trial are cancelled. All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 5th day of December, 2023.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE