# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| **JOSEPH SIMONS, Individually and on behalf of all others similarly situated,**  *Plaintiff,* | § § § § | |
| **v.** | § | NO.   PE:22-CV-00039 |
| | § | |
| **KAYDEN INDUSTRIES (USA), INC.,**  *Defendant.* | § § § | |

## ORDER

Before the Court is Parties' Stipulation of Dismissal with Prejudice (Doc. 23) filed January 3, 2024. The parties agree and stipulate that Plaintiff's claims against Defendant should be dismissed with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The request to dismiss all claims against Defendant, **WITH PREJUDICE**, is hereby **GRANTED**.

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein. All pending motions, if any, are **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 4th day of January, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE